UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, et al.,<br><br>        Defendants. | Case No. 25-cv-07595-JCS<br><br>**ORDER REMANDING CASE TO STATE COURT AND VACATING CASE MANAGEMENT CONFERENCE** |

On October 29, 2025, the Court granted Plaintiff's motion for leave to add two new defendants to the case, Raul Medina and Lotty Rocha, who are Target employees. Dkt. no. 18. Because those new defendants had not yet appeared or consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c), the Court deferred ruling on Plaintiff's request to remand the case to Contra Costa Superior Court. Medina and Rocha have now consented to magistrate jurisdiction. *See* dkt. no. 29. As it is undisputed that the addition of these two defendants destroys diversity jurisdiction, which is the sole ground upon which this case was removed to federal court, the Court now GRANTS Plaintiff's request and ORDERS that this case shall be remanded to Contra Costa Superior Court. **The Case Management Conference set for December 17, 2025 is vacated.**

    **IT IS SO ORDERED.**

Dated: December 16, 2025

JOSEPH C. SPERO  
United States Magistrate Judge